No error appearing, the judgment will be affirmed.

### RICE v. STATE.
No. 13328.

Court of Criminal Appeals of Texas.

April 30, 1930.

Clyde E. Thomas, of Big Springs, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for operating gaming table and bank; punishment, two years in the penitentiary.

The statement of facts in this case was filed 110 days after the overruling of the motion for new trial and the entering of notice of appeal. This was too late, and same cannot be considered. The record contains no bills of exception. The indictment is in proper form, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.